Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, ) | No. 4:19-cv-00437-DMR |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. ) | |
| L'ACAJOU LLC dba L'ACAJOU BAKERY AND CAFE, et al., ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, L'Acajou LLC dba L'Acajou Bakery and Cafe; Calvin Walker, Sr.; and Helen J. Walker, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: July 11, 2019                MOORE LAW FIRM, P.C.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorney for Plaintiff,
                                    Albert Dytch

Dated:  July 11, 2019               Law Office of Rick Morin, PC

                                    */s/ Richard Morin*
                                    Richard Morin
                                    Attorney for Defendants,
                                    L'Acajou LLC dba L'Acajou Bakery and Cafe;
                                    Calvin Walker, Sr.; and Helen J. Walker

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorney for Plaintiff,
                                    Albert Dytch